# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL MCCLAIN, | CASE NO. 1:09-CV-00004-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 12) |
| JAMES TILTON, et al., | RESPONSE DUE WITHIN 20 DAYS |
| Defendants. | |

Plaintiff Cecil McClain ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff filed his complaint on January 5, 2009. The Court screened Plaintiff's complaint on April 22, 2009, and dismissed the complaint for failure to state a claim, with leave to amend. On July 27, 2009, Plaintiff filed his amended complaint. On December 3, 2009, the Court dismissed Plaintiff's amended complaint for failure to state a claim, with leave to amend. After receiving an extension of time, Plaintiff was granted up to April 6, 2010 in which to file his second amended complaint. As of the date of this order, Plaintiff has failed to respond.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within twenty (20) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to show cause or otherwise respond will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated: **October 5, 2010**       **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1